■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ANTHONY, Appellant. [833 NYS2d 422]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Demarest, J.), imposed May 4, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Covello and Dickerson, JJ., concur.